UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CORTES SALCEDO, | No. 2:19-cv-2627-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY SHERIFF, et al., | |
| Defendants. | |

The above-captioned case is before the undersigned pursuant to the consent of all parties. *See* ECF Nos. 5, 23, 35; 28 U.S.C. § 636(c)(1). Defendants Cortez and Rabone filed a motion to for summary judgment, originally noticed for hearing on April 7, 2021. ECF No. 37. Plaintiff did not file an opposition or statement of non-opposition as required by Local Rule 230(c).[1] Accordingly, the hearing was continued to April 28, 2021, and plaintiff was ordered, by no later than April 14, 2021, to file an opposition to the motion, or a statement of non-opposition thereto. ECF No. 38. Plaintiff was also admonished that failure to comply with the order could result in the imposition of sanctions, including dismissal for failure to prosecute and/or comply with court orders. *Id*. at 1-2.

---

[1] Local Rule 230(c) provides that opposition to the granting of a motion, or a statement of non-opposition thereto, must be served upon the moving party, and filed with this court, no later than fourteen days preceding the noticed hearing date. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."

1

The deadline has passed and plaintiff has not filed a response to defendants' summary judgment motion, nor has he otherwise communicated with the court.

Accordingly, it is ORDERED that:

1. The April 28, 2021 hearing on defendants' summary judgment motion is VACATED.
2. This action is DISMISSED for failure to prosecute and to comply with court orders. See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.
3. The Clerk is directed to close the case.

DATED: April 15, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE